UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN MELENOFSKY**, <br><br> Plaintiff, <br><br> vs. <br><br> **AETNA LIFE INSURANCE COMPANY**, <br><br> Defendant. | 20-CV-11222-TGB-RSW |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED** and Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  September 29, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE